IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-373-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| DONNIE FLYNN KING, SR., and | ) | |
| LOU WELLS KING | ) | |

This matter comes before the court on defendant's Lou King's motion to stay sentencing report date, filed March 5, 2014, with reference to a reporting date of March 12, 2014. Where briefing in opposition will not be of assistance to the court in resolving the issue presented, the court perceives no need to delay its decision. Defendant seeks to extend her reporting date until her husband and co-defendant finishes his prison term. In this part the motion, opposed by the government, is DENIED.

In the alternative, defendant promotes the need to attend to the business of Lou's Flower World, from which she has derived funds sufficient to pay her restitution indebtedness in installments of $10,000.00 per month. She reports that Lou's Flower World books at least half of its annual sales for the calendar year between now and June 15, 2014. She seeks an extension of her report date in the alternative until September 12, 2014, to allow her to assist the business through the summer months and train a suitable successor. Many of the reasons relied on for the alternative relief suggest this is a stalling measure whereupon her inevitable departure from the business, the bad effects complained of will be felt. Request to delay defendant's report date until September 12, 2014, is DENIED.

Again, in the alternative, should as the court has done, it deny the motion in the main, and

the first alternative, defendant seeks to delay her sentencing for ninety (90) days to support Lou's Flower World during the spring and assist in training her successor. She urges this will maximize the business's chances of remaining viable. It also will promote for this period continued restitution payments. As with the other requests, this one also is opposed. In the court's discretion, over the government's objection, defendant's report date is extended into June. Defendant Lou Wells King shall report June 1, 2014, or as soon thereafter as directed by the Federal Bureau of Prisons.

SO ORDERED, this the 5th day of March, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge